NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AQUA SHIELD,**

*Plaintiff-Cross-Appellant*

**v.**

**INTERPOOL POOL COVER TEAM, ALUKOV HZ SPOL SRO, ALUKOV SPOL SRO, POOL & SPA ENCLOSURES,**

*Defendants-Appellants*

---

2015-2009, 2015-2055

---

Appeals from the United States District Court for the District of Utah in No. 2:09-cv-00013-TS, Senior Judge Ted Stewart.

---

**JUDGMENT**

---

TODD E. ZENGER, Kirton & McConkie, Salt Lake City, UT, argued for plaintiff-cross-appellant.

GREGORY J. COFFEY, Coffey & Associates, Morristown, NJ, argued for defendants-appellants.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (TARANTO, CHEN, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 November 8, 2016    /s/ Peter R. Marksteiner
Date                Peter R. Marksteiner
                    Clerk of Court